## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Theodore R Curtis III, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent (SA) employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and I have been so employed since November 2000. I am currently assigned to HSI Bowling Green, Kentucky.

2.      As part of my official duties as an HSI Special Agent, I investigate criminal violations relating to the sexual exploitation of children and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. § 2251, et. seq. I have received training in the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)) in all forms of media, including computer media. I have participated in the execution of search warrants for documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I routinely communicate with experts in the field of computers, computer forensics, and Internet investigations. I am a member of the Kentucky State Police Internet Crimes Against Children (ICAC) Task Force, which includes prosecutors and investigators from multiple law enforcement agencies throughout the state of Kentucky.

3.      As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including interstate transportation of child pornography. I am also aware from my training and experience that persons engaged in interstate

transportation of child pornography typically use false identities and other techniques to disguise themselves and their enterprise. I am further aware, as a result of my training and experience, that child pornography is not generally available in retail establishments, even from those which offer other explicit sexual material. Persons who wish to obtain child pornography do so by ordering and/or obtaining it by discreet contact with other individuals and underground businesses that have child pornography collections.

4.      The statements contained in this affidavit are based in part on information provided by United States federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, including foreign law enforcement agencies, information gathered from the service of administrative subpoenas; independent investigation and analysis by law enforcement officials/agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with HSI.

5.      This affidavit is submitted in support of a criminal complaint charging, Daniel KNOLL, with violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors.  In relevant part, the statute penalizes the knowing possession, receipt, or distribution of child pornography, as that term is described in 18 U.S.C § 2256(8), using any means or facility of interstate or foreign commerce - including by computer.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

6.      On or about December 3, 2025, Hopkinsville Police Department (HPD) Detectives received 12 National Center for Missing and Exploited Children (NCMEC) CyberTipline Reports where reported child pornography images had been uploaded to a Google online account under the email "daniel88knoll@gmail.com", hereinafter "SUBJECT EMAIL ACCOUNT". Information provided in the reports indicated the following information:

Name: Daniel Knoll
Mobile Phone: +12703484250 (Verified 02-01-2025 15:52:59 UTC)
Mobile Phone: +12706669935 (Verified 05-22-2025 15:57:39 UTC)
Date of Birth: 12-23-1988
Email Address: daniel88knoll@gmail.com (Verified)

7.      The CyberTipline Reports indicated the uploads took place via Internet Protocol

(IP) address 38.129.114.195, hereinafter "SUBJECT IP ADDRESS". A Department of Homeland

Security (DHS) Summons was issued and served to Internet Service Provider (ISP) Hopkinsville

Electric System (HES) requesting subscriber information for the SUBJECT IP ADDRESS for the

date of 09/02/2025 00:01 CST through 24:00. HES responded to the summons with information

related to SUBJECT IP ADDRESS as follows:

Account Name: Tamme Mingle
Account Number: 224239
Service Address: 2501 S Virginia St # 8, Hopkinsville KY 42240
Mailing Address: 2501 S Virginia St # 8, Hopkinsville KY 42240
Phone 1: 270-881-7243
Email: james.mingle79@gmail.com
Service Start Date: July 10th, 2023

8.      Investigative efforts by law enforcement identified Tamme Mingle and James

Mingle as the mother and stepfather of Daniel (KNOLL) KNOLL. HPD Det. Knight obtained a

lease application via request from Aspen Meadows Apartments. The lease application was dated

December 11, 2024, identifying the applicant as KNOLL with a listed email address as the

SUBJECT EMAIL ACCOUNT, for the SUBJECT ADDRESS. Also listed on the account was an

emergency contact in the name of Tamme Mingle, listed as the mother of KNOLL. A section titled

"*RENTAL/CRIMINAL HISTORY*" listed the following "*Register sex offender 2016? Conviction*".

Det. Knight was informed this application was submitted by Tamme Mingle to allow KNOLL as

a co-tenant at the SUBJECT ADDRESS.

9.    Law enforcement obtained a copy of a "*KENTUCKY SEX OFFENDER REGISTRATION FORM*" for KNOLL, signed by KNOLL on November 4, 2025. The form listed KNOLL's current address as the SUBJECT ADDRESS, and further listed a phone number of 270-666-9935, a phone number previously linked to the SUBJECT EMAIL ACCOUNT.

10.    SA Worland conducted a review of information provided by NCMEC concerning the SUBJECT EMAIL ACCOUNT and the 12 CyberTipline Reports noting the following findings:

Date of Transfers to Google Account: 9/2/2025 from 03:32:16 UTC to 03:45:38 UTC
Number of Images: 23
Depictions Contained:
- Nude Prepubescent Males: 30
- Nude Prepubescent Females: 3
- Nude Pubescent Males: 5
- Nude Prepubescent Females: 1
NCMEC Image Hash Value Comparison:
- Recognized Hash Values[1]: 4
- Unrecognized Hash Values[2]: 19

11.    SA Worland conducted a review of the 23 identified images and confirmed all of the images contained child pornography as defined by 18 U.S.C. § 2256(8)(A). To follow will be a description of three images viewed by SA Worland to serve as a sample of the images[3].

a)    Filename:Google-CT-RPT-219288472-3717450ec61321e2a8a9a23df3326754-57566_1068115.jpg

MD5: 7635ea7a2c9ea4a6fbb38b165618a625
Source Information:

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
|      |       |       |           |

[1] **Recognized Hash Values**: These exact hash values are associated with files previously submitted to the NCMEC's Child Recognition and Identification System.

[2] **Unrecognized Hash Values**: These exact hash values are associated with images/videos that have not yet been submitted to NCMEC's Child Recognition and Identification System.

[3] All files described were made available for review by the Magistrate Judge and will be kept by affiant in a secure location.

| IP Address | 38.129.114.195 (SUBJECT IP ADDRESS) | Upload | 09-02-2025 03:43:06 UTC |
|---|---|---|---|

Image Description:

7635ea7a2c9ea4a6fbb38b165618a625 – color image of one prepubescent male, fully nude with penis exposed sitting on what appears to be a couch.

b) Filename: Google-CT-RPT-219654550-14c1aaca6da661f63be7d50cc33dded6-st46.jpg

MD5: 626d4145d4e037a334f78b05fc93ba30

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 38.129.114.195 (SUBJECT IP ADDRESS) | Upload | 09-02-2025 03:43:15 UTC |

Image Description:

626d4145d4e037a334f78b05fc93ba30 – black and white image showing one prepubescent male fully nude with penis exposed in a wooded area with what appears to be one hand tied with rope to a tree and a fully nude prepubescent female, with breast and vaginal area exposed.

c) Filename: Google-CT-RPT-220129248-8691dc896b0e0689d02d7f58f26aec90-i.jpeg

MD5: a4965acd2e1a4986bdbb1345c824633f

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 38.129.114.195 (SUBJECT IP ADDRESS) | Upload | 09-02-2025 03:43:12 UTC |

Image Description:

a4965acd2e1a4986bdbb1345c824633f – color image, displaying two prepubescent males and one prepubescent female, all fully nude with penises, breast and vaginal area exposed, standing on a sandy area with the prepubescent female holding a kayak paddle.

12.    Det. Knight authored and submitted a Commonwealth of Kentucky search warrant

to Google, Inc. (Google) requesting account information from accounts controlled by KNOLL to include the SUBJECT EMAIL ACCOUNT. Subsequently, Commonwealth of Kentucky, Christian County District Court Judge J. Foster Cotthoff authorized the search warrant (Case #: 2500040841) which was served to Google.

13.    SA Worland received a copy of the documents produced by Google. A subsequent review of the documents was conducted with the following findings:

a.  All 23 images previously viewed by SA Worland from the NCMEC CyperTipline Reports containing child pornography were contained within the documents.

b.  Subscriber information confirmed the account was in KNOLL's name, with his correct date of birth listed, created on December 11, 2024, and disabled by Google per their policy on or about September 2, 2025.

c.  Listed under "*BillingInfo*" were multiple payment accounts which showed the "*Account Holder Name*" as KNOLL.

d.  Between March 18, 2025 and September 3, 2025, 1091 "*Activities*" were captured utilizing the SUBJECT IP ADDRESS.

e.  Contained within the documents were multiple self-produced photographs and videos of KNOLL.

14.    On or about July 31, 2019, under Commonwealth vs. Knoll, Daniel Robert, Christian Circuit Court 18-cr-00184, Knoll was convicted of 19 counts distribution of matter portraying a sexual performance by a minor and 20 counts possession of matter portraying a sexual performance by a minor, sentenced to 3 years prison (3 years suspended) and a Lifetime Sex Offender Registry.

15.    On April 6, 2022, an Order Revoking Probation was filed and the 3-year sentence

against KNOLL was reinstated. KNOLL was committed to the Kentucky Department of Corrections (KDC). On January 9, 2025, KNOLL was released from the KDC.

### **CONCLUSION**

16.    Based on the foregoing, there is probable cause to believe that Daniel KNOLL has possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).  I respectfully request that this Court issue an arrest warrant.

_Theodore R Curtis III_
_____
Theodore R Curtis III
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this 12th day of February, 2026.

**Lanny King, Magistrate Judge**
**United States District Court**